**United States District Court**
**For the Northern District of California**

| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | |
| FOR THE NORTHERN DISTRICT OF CALIFORNIA | |

ADE A. HAMZA; and MORENIKE HAMZA,

    Plaintiffs,

  v.

U.S. BANK NATIONAL ASSOCIATION; TERRY J. MOLLICA; NANCY L. DOUGLAS; EUGENE J. CHIARELLI; CHIARELLI & MOLLICA, LLP; HOMEWARD RESIDENTIAL, INC.; DAVID MARQUEZ; A.H.M.S., INC.; MATTHEW A. ENGEL; PREMIER TRUST DEED SERVICES, INC.; SAND CANYON CORPORATION, formerly known as OPTION ONE MORTGAGE CORPORATION; TANYA HOPKINS; DAVID M. APPELGATE; HOMEOWNERS FIRST, LLC; JOHN G. STUMPF; WELLS FARGO BANK, N.A.; JOSEPH C. GALLAGHER; STEVEN G. ROGERS; and LARRY MATNEY,

    Defendants.

_____/

No. C 12-1391 CW

ORDER GRANTING PLAINTIFFS ADDITIONAL TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS, ADDRESSING PROOF OF SERVICE AND CONTINUING CASE MANAGEMENT CONFERENCE

    On February 22, 2012, Plaintiffs Morenik and Ade A. Hamza initiated this action in the Alameda County Superior Court.

    On March 20, 2012, Defendant Chiarelli & Mollica LLP, joined by Defendants Terry J. Mollica, Eugene J. Chiarelli and Nancy L. Douglas, removed the case to federal court.

    On May 31, 2012, Defendants Sand Canyon Corporation, formerly known as Option One Mortgage Corporation, Dale Sugimoto, and Matthew Engel filed a motion to dismiss the complaint. Plaintiffs' response was due by June 18, 2012. See Federal Rule of Civil Procedure 6(d); Civil Local Rule 7-3(a).

    Plaintiffs have not yet filed a response to Defendants' motion to dismiss. The Court grants Plaintiffs until one week

from the date of this Order to do so.  Plaintiffs' failure to file a response in compliance with this Order will result in the dismissal of their claims against these Defendants for failure to prosecute.

The Court notes that it does not appear from the docket that Plaintiffs have served Defendants U.S. Bank National Association, Homeward Residential, Inc., David Marquez, A.H.M.S., Inc., Premier Trust Deed Services, Inc., Tanya Hopkins, David Appelgate, Homeowners First, LLC, John G. Stumpf, Wells Fargo Bank, N.A., Joseph C. Gallagher, Steven G. Rogers and Larry Matney.  "In the case of a removed action, a plaintiff must serve the summons and complaint within 120 days of the date of removal to federal court."  <u>Cortez v. New Century Mortg. Corp.</u>, 2011 U.S. Dist. LEXIS 127434, at *22 (N.D. Cal.).  Thus, Plaintiffs must serve the remaining Defendants by July 18, 2012.  Plaintiffs shall file proof of timely service upon these Defendants by July 20, 2012. If Plaintiffs fail to do so, their claims against these Defendants will be dismissed for failure to prosecute.

The case management conference currently set for June 27, 2012 is hereby continued to Thursday, August 22, 2012 at 2:00 p.m.

IT IS SO ORDERED.

Dated: 6/20/2012

CLAUDIA WILKEN
United States District Judge

2