IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADE A. HAMZA; and MORENIKE HAMZA,<br><br>         Plaintiffs,<br><br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION; TERRY J. MOLLICA; NANCY L. DOUGLAS; EUGENE J. CHIARELLI; CHIARELLI & MOLLICA, LLP; HOMEWARD RESIDENTIAL, INC.; DAVID MARQUEZ; A.H.M.S., INC.; MATTHEW A. ENGEL; PREMIER TRUST DEED SERVICES, INC.; SAND CANYON CORPORATION, formerly known as OPTION ONE MORTGAGE CORPORATION; TANYA HOPKINS; DAVID M. APPELGATE; HOMEOWNERS FIRST, LLC; JOHN G. STUMPF; WELLS FARGO BANK, N.A.; JOSEPH C. GALLAGHER; STEVEN G. ROGERS; and LARRY MATNEY,<br><br>         Defendants.<br>_____/ | No. C 12-1391 CW<br><br>ORDER DISMISSING CLAIMS AGAINST CERTAIN DEFENDANTS FOR FAILURE TO PROSECUTE |

   On May 31, 2012, Defendants Sand Canyon Corporation, formerly known as Option One Mortgage Corporation, Dale Sugimoto, and Matthew Engel filed a motion to dismiss the complaint. Plaintiffs' response was due by June 18, 2012.  See Federal Rule of Civil Procedure 6(d); Civil Local Rule 7-3(a).

   On June 20, 2012, the Court granted Plaintiffs one additional week in which to file their response to Defendants' motion to dismiss.  At that time, the Court warned Plaintiffs that failure to file a response would result in the dismissal of their claims against these Defendants for failure to prosecute.

Plaintiffs have not filed a response to Defendants' motion. Accordingly, the Court dismisses Plaintiffs' claims against Sand Canyon Corporation, Sugimoto and Engel for failure to prosecute.

This Order resolves Docket No. 16.

IT IS SO ORDERED.

Dated: 7/2/2012

CLAUDIA WILKEN
United States District Judge