IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADE A. HAMZA; and MORENIKE HAMZA,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. BANK NATIONAL ASSOCIATION; TERRY J. MOLLICA; NANCY L. DOUGLAS; EUGENE J. CHIARELLI; CHIARELLI & MOLLICA, LLP; HOMEWARD RESIDENTIAL, INC.; DAVID MARQUEZ; A.H.M.S., INC.; MATTHEW A. ENGEL; PREMIER TRUST DEED SERVICES, INC.; SAND CANYON CORPORATION, formerly known as OPTION ONE MORTGAGE CORPORATION; TANYA HOPKINS; DAVID M. APPELGATE; HOMEOWNERS FIRST, LLC; JOHN G. STUMPF; WELLS FARGO BANK, N.A.; JOSEPH C. GALLAGHER; STEVEN G. ROGERS; and LARRY MATNEY,<br><br>    Defendants.| No. C 12-1391 CW<br><br>ORDER GRANTING UNOPPOSED MOTION TO DISMISS (Docket No. 21) AND DISMISSING CASE FOR FAILURE TO PROSECUTE |

    On February 22, 2012, Plaintiffs Morenike and Ade A. Hamza initiated this action in the Alameda County Superior Court.

    On March 20, 2012, Defendant Chiarelli & Mollica LLP, joined by Defendants Terry J. Mollica, Eugene J. Chiarelli and Nancy L. Douglas, removed the case to federal court.

    On June 20, 2012, Defendants Mollica, Chiarelli, Douglas and Chiarelli and Mollica LLP filed a motion to dismiss the claims against them.

    On July 12, 2012, the Court granted Plaintiffs one additional week to file an opposition to the pending motion to dismiss and warned them that failure to do so would result in the dismissal of

1 their claims against the moving Defendants for failure to
2 prosecute.

3 Plaintiffs have not filed a response to the pending motion to
4 dismiss.  Accordingly, the Court GRANTS the unopposed motion to
5 dismiss and DISMISSES Plaintiffs' claims against the moving
6 Defendants for failure to prosecute (Docket No. 21).

7 The Court also twice reminded Plaintiffs, <u>see</u> Docket Nos. 20
8 and 25, that they were required to serve the remaining Defendants,
9 U.S. Bank National Association, Homeward Residential, Inc., David
10 Marquez, A.H.M.S. Inc., Premier Trust Deed Services, Inc., Tanya
11 Hopkins, David Appelgate, Homeowners First, LLC, John G. Stumpf,
12 Wells Fargo Bank, N.A., Joseph C. Gallagher, Steven G. Rogers and
13 Larry Matney, by July 18, 2012 pursuant to Federal Rule of Civil
14 Procedure 4(m).  The Court also ordered Plaintiffs to file proof
15 of timely service by July 20, 2012, and warned them that failure
16 to do so would result in the dismissal of their claims against
17 these Defendants for failure to prosecute.

18 Plaintiffs have failed to file proof of timely service upon
19 these Defendants.  Accordingly, the Court DISMISSES their claims
20 against the remaining Defendants for failure to prosecute.

21 IT IS SO ORDERED.

23 Dated: 7/23/2012

CLAUDIA WILKEN
United States District Judge

2